# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | AAA Fashion trend |
| 2 | AAAWPX |
| 3 | AAYFclothing |
| 4 | AAYHNUJMCX |
| 5 | ADFF |
| 6 | ailamifast |
| 7 | ALINKENE Shop |
| 8 | AMUZY |
| 9 | Aurora Style |
| 10 | B cloth j |
| 11 | BBKDSDZQ |
| 12 | BBSHUTING |
| 13 | BespokeTide |
| 14 | Bfqiushunlaibaihuo |
| 15 | BinStarrySky |
| 16 | Boundless Union |
| 17 | Brilliant Mens Shop |
| 18 | BubbleBargains |
| 19 | Canyon Cotton |
| 20 | ChenNova |
| 21 | ChenWingame |
| 22 | Choose the right things X |
| 23 | CitizenStitch |
| 24 | CKMMT |
| 25 | Closett |
| 26 | CMDKD |
| 27 | CoreCollar |
| 28 | Cosy Comforts |
| 29 | Cozy Couture |
| 30 | Cozy Pookie |
| 31 | CraftiCX |
| 32 | CrossVerse X |
| 33 | custom gifts shirt |
| 34 | cyberdas local |
| 35 | De Dan Blue |
| 36 | deepshirt |
| 37 | DIGITAL VINTAGE |
| 38 | DIY clothes TB |
| 39 | DIY RR |
| 40 | Dope Drip Den |

# Schedule A

| | |
|---|---|
| 41 | Drift Rabbit |
| 42 | EcoPrintWear |
| 43 | EDGC Mens Clothes |
| 44 | EdgeMode |
| 45 | Eligabeth |
| 46 | Fashion Cap home |
| 47 | Fashion ZPZP Tshirt |
| 48 | FCLSHOP |
| 49 | FEEBADINC |
| 50 | Fifteen oclock |
| 51 | Foryoou |
| 52 | FRANKIECBCX |
| 53 | Frontier Tshirt |
| 54 | GBOYBOOM Fashion Clothes |
| 55 | genshoping local |
| 56 | GlobeMart A |
| 57 | GlobeTrove Art |
| 58 | Glory choices |
| 59 | GODKPUTU |
| 60 | GraffitiGarb |
| 61 | Gray Rabbit Shop B |
| 62 | HAPPY D SHOP |
| 63 | HAPPY X SHOPPING |
| 64 | HAPPY XY SHOP |
| 65 | Hat AAA |
| 66 | Havenly Clothes |
| 67 | Heartbeat R |
| 68 | HENYIDA AE |
| 69 | Hermit Theory |
| 70 | HYXMNBVV |
| 71 | InkAlley Workshop |
| 72 | Jackok |
| 73 | jdkfol |
| 74 | JieMiaa |
| 75 | Joyful Findz |
| 76 | JOYMINA |
| 77 | JUNENEN |
| 78 | KDJFIRHUY |
| 79 | King GG |
| 80 | King SM |
| 81 | Knight Code |

## Schedule A

| | |
|---|---|
| 82 | KSDWZDWST |
| 83 | Lanyaoer |
| 84 | LATE BLOOMER |
| 85 | Light luxury mens wear ccc |
| 86 | Lineeagee |
| 87 | LINSHAN C |
| 88 | little tropical rainforest local |
| 89 | LKDSJFEUS |
| 90 | LongH Style |
| 91 | LOOPT |
| 92 | Lundstom |
| 93 | LYgx |
| 94 | MAIMAISKY |
| 95 | Mancao beauty |
| 96 | Mens clothing p |
| 97 | Meow Baxiang |
| 98 | METROTEC |
| 99 | MIG Fashion Twenty |
| 100 | Minlstyle |
| 101 | MMAHSI |
| 102 | MYTRYST local |
| 103 | NAVVI |
| 104 | NHTX |
| 105 | NIUKAIDONG |
| 106 | NOVELTYSHIRT |
| 107 | OdeRin |
| 108 | Old Boys Boutique |
| 109 | OMENT |
| 110 | Only NAN |
| 111 | Oubeihai Home Hardware local |
| 112 | Our factory |
| 113 | patatocake |
| 114 | PENNIN |
| 115 | Personality Tees |
| 116 | Personalized ThreadworksE |
| 117 | Personalized ThreadworksK |
| 118 | PICKODTF |
| 119 | PPDSU |
| 120 | Printed t Shirts Haven |
| 121 | Printify X |
| 122 | printulike |

## Schedule A

| | |
|---|---|
| 123 | Rags clothing |
| 124 | REBELARY |
| 125 | Refined and elegant S |
| 126 | Reveka Shop |
| 127 | Rugged BBone |
| 128 | RUIXINEA |
| 129 | S JUN E |
| 130 | Sanhe Creativity |
| 131 | SapienTee |
| 132 | Savvy Stitch |
| 133 | SDJUGS |
| 134 | SEETIMING |
| 135 | Seven Stitches |
| 136 | SHIEESHIRT |
| 137 | shijian tow |
| 138 | Shopping sixtythree |
| 139 | SQFEIGHT |
| 140 | Ss Print local |
| 141 | StapleT |
| 142 | StardusIan |
| 143 | STENNA |
| 144 | Still Monday |
| 145 | Street Tshirt |
| 146 | Styleon |
| 147 | StyleSkins |
| 148 | Summer mx |
| 149 | SunMeters No |
| 150 | Super Dot Star |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.temu.com/aaa-fashion-trend-m-634418222044348.html |
| 2 | https://www.temu.com/aaawpx-m-634418220289840.html |
| 3 | https://www.temu.com/aayfclothing-m-634418220438257.html |
| 4 | https://www.temu.com/aayhnujm-m-634418218728209.html |
| 5 | https://www.temu.com/-m-634418222460677.html |
| 6 | https://www.temu.com/ailamifast-m-634418220097738.html |
| 7 | https://www.temu.com/alinkene-shop-m-634418221214293.html |
| 8 | https://www.temu.com/amuzy-m-634418220837258.html |

# Schedule A

| | |
|---|---|
| 9 | https://www.temu.com/aurora-style-m-634418220014116.html |
| 10 | https://www.temu.com/b-cloth-j-m-634418224219790.html |
| 11 | https://www.temu.com/bbkdsdbl-m-634418219338815.html |
| 12 | https://www.temu.com/bbshuting-m-634418219095205.html |
| 13 | https://www.temu.com/bespoketide-m-634418222999426.html |
| 14 | https://www.temu.com/bfqiushunlaibaihuo-m-634418221190517.html |
| 15 | https://www.temu.com/binstarrysky-m-634418223514331.html |
| 16 | https://www.temu.com/-union-m-634418222934056.html |
| 17 | https://www.temu.com/--m-634418219860746.html |
| 18 | https://www.temu.com/bubblebargains-m-634418224054346.html |
| 19 | https://www.temu.com/-cotton-m-634418224321115.html |
| 20 | https://www.temu.com/chennova-m-634418223543979.html |
| 21 | https://www.temu.com/chenwingame-m-634418223544702.html |
| 22 | https://www.temu.com/choose-the-right-things-x-m-634418221057684.html |
| 23 | https://www.temu.com/citizenstitch-m-634418222532132.html |
| 24 | https://www.temu.com/ckmmt-m-634418219780812.html |
| 25 | https://www.temu.com/closett-m-634418220935597.html |
| 26 | https://www.temu.com/cmdkd-m-634418221181276.html |
| 27 | https://www.temu.com/corecollar-m-634418222534302.html |
| 28 | https://www.temu.com/cosy--m-634418222615757.html |
| 29 | https://www.temu.com/cozy-couture-m-634418220189648.html |
| 30 | https://www.temu.com/cozy--m-634418220171576.html |
| 31 | https://www.temu.com/crafticx-m-634418220176271.html |
| 32 | https://www.temu.com/-x-m-634418221150158.html |
| 33 | https://www.temu.com/custom-gifts-shirt-m-634418218989394.html |
| 34 | https://www.temu.com/cyberdas-local-m-634418220557727.html |
| 35 | https://www.temu.com/de-dan-blue-m-634418223981391.html |
| 36 | https://www.temu.com/deepshirt-m-634418219602503.html |
| 37 | https://www.temu.com/dock--m-634418222984558.html |
| 38 | https://www.temu.com/diy-clothes-tb-m-634418222539847.html |
| 39 | https://www.temu.com/diy-rr-m-634418222038154.html |
| 40 | https://www.temu.com/dope--m-634418219378933.html |
| 41 | https://www.temu.com/drift-rabbit-m-634418223812838.html |
| 42 | https://www.temu.com/ecoprintwear-m-634418222840091.html |
| 43 | https://www.temu.com/-mens-clothes-m-634418219891959.html |
| 44 | https://www.temu.com/edgemode-m-634418220136319.html |
| 45 | https://www.temu.com/eligabeth-m-634418221662337.html |
| 46 | https://www.temu.com/fashion-cap-home-m-634418222311837.html |
| 47 | https://www.temu.com/fashion-zpzp-tshirt-m-634418223256853.html |
| 48 | https://www.temu.com/fclshop-m-634418223911913.html |
| 49 | https://www.temu.com/feebadinc-m-634418220196182.html |

## Schedule A

| | |
|---|---|
| 50 | https://www.temu.com/--m-634418223096823.html |
| 51 | https://www.temu.com/foryoou-m-634418218522510.html |
| 52 | https://www.temu.com/frankiecb-m-634418217232747.html |
| 53 | https://www.temu.com/frontier-tshirt-m-634418220175843.html |
| 54 | https://www.temu.com/gboyboom-m-634418218401074.html |
| 55 | https://www.temu.com/genshoping-local-m-634418222642102.html |
| 56 | https://www.temu.com/-a-m-634418221149251.html |
| 57 | https://www.temu.com/-art-m-634418220698504.html |
| 58 | https://www.temu.com/glory--m-634418221484163.html |
| 59 | https://www.temu.com/godkputu-m-634418218506185.htm |
| 60 | https://www.temu.com/graffitigarb-m-634418223549648.html |
| 61 | https://www.temu.com/-shop-b-m-634418223331020.html |
| 62 | https://www.temu.com/-shop-m-634418223952731.html |
| 63 | https://www.temu.com/-shopping-m-634418223952797.html |
| 64 | https://www.temu.com/happy-xy-shop-m-634418223944425.html |
| 65 | https://www.temu.com/hat-aaa-m-634418222026609.html |
| 66 | https://www.temu.com/-clothes-m-634418221724961.html |
| 67 | https://www.temu.com/heartbeat-r-m-634418223664480.html |
| 68 | https://www.temu.com/henyida-ae-m-634418222141830.html |
| 69 | https://www.temu.com/hermit--m-634418222933755.html |
| 70 | https://www.temu.com/hyxmnbvv-m-634418220265324.html |
| 71 | https://www.temu.com/inkalley-workshop-m-634418222653254.html |
| 72 | https://www.temu.com/jackok-m-634418220807233.html |
| 73 | https://www.temu.com/jdkfol-m-634418220502750.html |
| 74 | https://www.temu.com/jiemiaa-m-634418223756990.html |
| 75 | https://www.temu.com/--m-634418222614425.html |
| 76 | https://www.temu.com/joymina-m-634418219624702.html |
| 77 | https://www.temu.com/junenen-m-634418224028726.html |
| 78 | https://www.temu.com/kdjfirhuy-m-634418222545099.html |
| 79 | https://www.temu.com/king--m-634418221637711.html |
| 80 | https://www.temu.com/king--m-634418221666272.html |
| 81 | https://www.temu.com/knight-code-m-634418222883168.html |
| 82 | https://www.temu.com/ksdwzdw-m-634418218343016.html |
| 83 | https://www.temu.com/lanyaoer-m-634418221380146.html |
| 84 | https://www.temu.com/late--m-634418222759693.html |
| 85 | https://www.temu.com/light-luxury-mens-wear--m-634418219295902.html |
| 86 | https://www.temu.com/lineeagee-m-634418219998333.html |
| 87 | https://www.temu.com/linshan-c-m-634418219649819.html |
| 88 | https://www.temu.com/little--local-m-634418216068354.html |
| 89 | https://www.temu.com/lkdsjfeus-m-634418220215580.html |
| 90 | https://www.temu.com/longh-style-m-634418223522512.html |

# Schedule A

| | |
|---|---|
| 91 | https://www.temu.com/-m-634418223817531.html |
| 92 | https://www.temu.com/lundstom-m-634418221662928.html |
| 93 | https://www.temu.com/lygx-m-634418221491011.html |
| 94 | https://www.temu.com/maimaisky-m-634418223669111.html |
| 95 | https://www.temu.com/-beauty-m-634418222431468.html |
| 96 | https://www.temu.com/mens-clothing-p-m-634418223684682.html |
| 97 | https://www.temu.com/-baxiang-m-634418221190693.html |
| 98 | https://www.temu.com/-m-634418222830930.html |
| 99 | https://www.temu.com/mig-fashion--m-634418222864674.html |
| 100 | https://www.temu.com/minlstyle-m-634418223387304.html |
| 101 | https://www.temu.com/mmahsi-m-634418224271408.html |
| 102 | https://www.temu.com/mytryst-local-m-634418219578652.html |
| 103 | https://www.temu.com/-m-634418220375952.html |
| 104 | https://www.temu.com/nhtx-m-634418221995016.html |
| 105 | https://www.temu.com/niukaidong-m-634418221896046.html |
| 106 | https://www.temu.com/noveltyshirt-m-634418219306686.html |
| 107 | https://www.temu.com/oderin-m-634418218410244.html |
| 108 | https://www.temu.com/old-boys-boutique-m-634418217483598.html |
| 109 | https://www.temu.com/oment-m-634418223840742.html |
| 110 | https://www.temu.com/only-nan-m-634418219220423.html |
| 111 | https://www.temu.com/oubeihai-home-hardware-local-m-634418224059434.html |
| 112 | https://www.temu.com/our-factory-m-634418221238535.html |
| 113 | https://www.temu.com/patatocake-m-634418220514757.html |
| 114 | https://www.temu.com/pengnin-m-634418222139054.html |
| 115 | https://www.temu.com/personality-tees-m-634418219067911.html |
| 116 | https://www.temu.com/personalized-threadworkse-m-634418221654186.html |
| 117 | https://www.temu.com/personalized-threadworksk-m-634418221654502.html |
| 118 | https://www.temu.com/pickodtf-m-634418220214215.html |
| 119 | https://www.temu.com/ppdsu-m-634418222796826.html |
| 120 | https://www.temu.com/printed-t-shirts-haven-m-634418222849867.html |
| 121 | https://www.temu.com/-x-m-634418221028379.html |
| 122 | https://www.temu.com/printulike-m-634418217605667.html |
| 123 | https://www.temu.com/rags-clothing-m-634418222963837.html |
| 124 | https://www.temu.com/rebelary-m-634418218944768.html |
| 125 | https://www.temu.com/-and-elegant-s-m-634418221057956.html |
| 126 | https://www.temu.com/-shop-m-634418220377260.html |
| 127 | https://www.temu.com/rugged--m-634418222804721.html |
| 128 | https://www.temu.com/ruixinea-m-634418223071634.html |
| 129 | https://www.temu.com/s-jun-e-m-634418220253924.html |
| 130 | https://www.temu.com/--m-634418224047166.html |
| 131 | https://www.temu.com/sapientee-m-634418222533945.html |

# Schedule A

| | |
|---|---|
| 132 | https://www.temu.com/haozitshirt-m-634418219641859.html |
| 133 | https://www.temu.com/sdjugs-m-634418223031527.html |
| 134 | https://www.temu.com/seetiming-m-634418220602168.html |
| 135 | https://www.temu.com/premium-tee-depot-m-634418219250708.html |
| 136 | https://www.temu.com/shieeshirt-m-634418219892253.html |
| 137 | https://www.temu.com/-tow-m-634418219952255.html |
| 138 | https://www.temu.com/shopping--m-634418222147758.html |
| 139 | https://www.temu.com/sqfeight-m-634418223682594.html |
| 140 | https://www.temu.com/ss-print-local-m-634418215677067.html |
| 141 | https://www.temu.com/staplet-m-634418222532510.html |
| 142 | https://www.temu.com/stardusian-m-634418223253011.html |
| 143 | https://www.temu.com/-m-634418219887984.html |
| 144 | https://www.temu.com/still-monday-m-634418223976226.html |
| 145 | https://www.temu.com/street-tshirt-m-634418219826159.html |
| 146 | https://www.temu.com/-m-634418223878872.html |
| 147 | https://www.temu.com/styleskins-m-634418220176374.html |
| 148 | https://www.temu.com/summer-mx-m-634418220109906.html |
| 149 | https://www.temu.com/sunmeters-no-m-634418220281807.html |
| 150 | https://www.temu.com/-star-m-634418222649473.html |